UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.  1:23CV-8-GNS

ANTHONY D. OLIPHANT                                                                                    PLAINTIFF

VS.        <u>NOTICE OF REMOVAL OF CIVIL ACTION NO. 22-CI-00639
FROM BARREN CIRCUIT COURT,
BARREN COUNTY, KENTUCKY</u>
*Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC                                                                          DEFENDANTS

* * * * *

Come the Petitioners, Central Transport LLC and Harvest L. Beacham, by counsel, and file this notice of removal of Civil Action Number 22-CI-00639 from the Circuit Court of Barren County Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division. In support of this filing, Petitioners state as follows:

1.  Petitioners, Harvest L. Beacham and Central Transport LLC, are Defendants in a civil action brought against them in the Circuit Court of Barren County, Kentucky, titled *Anthony D. Oliphant v. Harvest L. Beacham and Central Transport LLC,* bearing Civil Action Number 22-CI-00639.

2.  Copies of all process, pleadings, and orders served on or by Petitioners in the state court action are attached hereto as Exhibit A.

3.  Said action was commenced by the filing of a complaint against these Petitioners in Barren County, Kentucky Circuit Court on or about December 16, 2022. Petitioner Harvest L. Beacham received notice of the claim via service through the Secretary of State on or about January 3, 2022.  Petitioner Central Transport LLC

received notice of the claim via service through the Secretary of State on or about January 3, 2023.

4. The controversy between Plaintiff and Petitioners is a controversy between citizens of different states.

(a) Plaintiff, Anthony D. Oliphant, has been identified in the complaint as a citizen of Mississippi, and based upon reasonable information and belief, was residing in Mississippi as a citizen on the date of the subject accident, and at all times thereafter, through and including the present time.

(b) Petitioner, Harvest L. Beacham, is a resident and citizen of the state of Indiana, and was so on the date of the subject accident and at all times thereafter, through and including the present time.

(c) Petitioner, Central Transport LLC is a limited liability company organized under the laws of the State of Michigan, with the principal place of business located in Warren, Michigan.  The direction, control and coordination of Central Transport LLC's activities take place from its headquarters in Warren, Michigan.  Central Transport's sole owner and member is LTL Holding Company, LLC, a limited liability company organized under the laws of the State of Michigan, with its principal place of business in Warren, Michigan.  The owners and members of LTL Holding Company, LLC are Matthew T. Moroun, Matthew J. Moroun and Matthew T. Moroun as Trustee of the LSM 2020 Trust (the "Trust").  The Trust is organized under the laws of the State of Michigan and has its principal place of business in Warren, Michigan.  Matthew T. Moroun and Matthew J. Moroun are natural persons and citizens and residents of the State of Michigan.

   (c) To the best of Petitioners' knowledge and information, Plaintiff will claim as damages a sum of money exceeding Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiff claims that as a result of this accident he sustained "personal injuries, both of a temporary and permanent nature to his person as a whole" to include: mental and physical pain and suffering of a temporary and permanent nature; hospital and rehabilitation expenses; loss of the ability to enjoy a normal life; lost wages and impairment of his ability to earn money in the future. His vehicle was rearended on Interstate 65 by a tractor-trailer with sufficient force to cause the driver of the vehicle that hit him to be entrapped in his vehicle, and once removed, that driver was life-flighted to University of Louisville Hospital. It is believed based on review of medical records that Plaintiff will claim that the accident caused a fracture to the transverse process of his lumbar spine at the first vertebral body.

   5. The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. § 1441, *et seq.* (including § 1446(b)) within thirty (30) days of Petitioners receiving notice of the subject lawsuit through service of the complaint.

   WHEREFORE, Petitioners pray that this notice of removal be filed; that said action being Civil Action Number 22-CI-00639 currently in the Barren Circuit Court, be removed to and proceed in this Court; and that no other further proceedings be had in the Circuit Court of Barren County, Kentucky.

          DANIEL E. MURNER   (No. 82715)
          ELIZABETH WINCHELL   (No. 92088)
          LACEY FIORELLA   (No. 92006)
          ESTEE ROSE   (No. 99038)
          LANDRUM & SHOUSE LLP
          P. O. Box 951
          Lexington, KY  40588-0951
          Telephone:  (859) 255-2424

BY:   /s/Daniel E. Murner
        COUNSEL FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18th, 2023, the foregoing was filed through CM/ECF system, and was sent by mail to:

Caleb T. Hanes            (chanes@forthepeople.com)
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*

BY:   /s/Daniel E. Murner
        COUNSEL FOR PETITIONERS

4874-2492-6024, v. 1