Filed          22-CI-00639          12/16/2022          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
01/05/2023 11:20:32 AM
90489-8

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-___
*Electronically Filed*

ANTHONY D. OLIPHANT                                                           PLAINTIFF

v.

HARVEST L. BEACHAM
    Serve:  4108 Apple Creek Drive
           Indianapolis, IN 46235

and

CENTRAL TRANSPORT LLC                                                    DEFENDANTS
    Serve:  Mary Gallo
           12225 Stephens Road
           Warren, MI 48089

## COMPLAINT

The Plaintiff, Anthony D. Oliphant, for his Complaint against the Defendants, Harvest L. Beacham and Central Transport LLC, states as follows:

### PARTIES

1.    Plaintiff is a resident of the State of Mississippi, residing at 534 South Deerfield Dr., Campton, MS 39046.

2.    Defendant Beacham is a resident of the State of Indiana, residing at 4108 Apple Creek Drive, Indianapolis, Indiana 46235.

3.    Defendant Central Transport LLC is a foreign limited liability company whose principal office is 40355 Emerald Lane, Clinton Township, Michigan 48038, and which designated Marry Gallo as its registered agent for service of process in the state of Michigan.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000001 of 000004

Filed          22-CI-00639          12/16/2022          Krissie Coe Fields, Barren Circuit Clerk

Filed                22-CI-00639        12/16/2022            Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
01/05/2023 11:20:32 AM
90489-8

4.  The incident which forms the basis of this litigation occurred on September 24, 2021, in Cave City, Barren County, Kentucky.

5.  The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

**COUNT I**
**COMMON LAW NEGLIGENCE**

6.  On or about September 24, 2021, in Cave City, Barren County, Kentucky, a vehicle negligently operated by Defendant Beacham and owned by Defendant Central Transport LLC collided with a vehicle operated by Plaintiff.

7.  The collision referred to in Paragraph 6 was the result of the negligence of Defendant Beacham and Defendant Central Transport LLC.

8.  Defendant Beacham was within the scope and course of his employment with Defendant Central Transport LLC on the date and time of the subject wreck. Thus, Defendant Central Transport LLC is vicariously liable for the negligence of Defendant Beacham and the resulting damages.

9.  As a direct and proximate result of the negligence and carelessness of Defendant Beacham and Defendant Central Transport LLC, as heretofore alleged, Plaintiff was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a)  Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000002 of 000004

Filed                22-CI-00639        12/16/2022            Krissie Coe Fields, Barren Circuit Clerk

Filed                22-CI-00639        12/16/2022          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
01/05/2023 11:20:32 AM
90489-8

(b) Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c) Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

(d) Plaintiff has incurred lost wages and his ability to earn income has been impaired in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

9. Defendant Beacham and Defendant Central Transport LLC's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Beacham and Defendant Central Transport LLC's violation of these statutes.

11. As a direct and proximate result of Defendant Beacham and Defendant Central Transport LLC's violations of Kentucky law, Plaintiff sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

Filed          22-CI-00639       12/16/2022        Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
01/05/2023 11:20:32 AM
90489-8

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

**RESPECTFULLY** submitted this 16th day of December 2022.

                                 */s/ Caleb T. Hanes*
                                 Caleb T. Hanes
                                 Morgan & Morgan, Kentucky PLLC
                                 360 East 8th Avenue, Suite 411
                                 Bowling Green, KY 42101
                                 Telephone:  270-418-4206
                                 Facsimile: 270-418-4948
                                 Email: chanes@forthepeople.com

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000004 of 000004

Filed          22-CI-00639       12/16/2022        Krissie Coe Fields, Barren Circuit Clerk

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 22-CI-00639

ANTHONY D. OLIPHANT     PLAINTIFF

v.     **ANSWER TO COMPLAINT**
*Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC     DEFENDANTS

\* \* \* \* \*

Come the Defendants, Harvest L. Beacham and Central Transport LLC, by counsel, and for their answer to Plaintiff's complaint, state as follows:

### FIRST DEFENSE

The complaint should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiff's cause of action and all other relevant statutory and common law.

### THIRD DEFENSE

1. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraph 1 of the complaint, and therefore deny same.

2. Defendants admit the allegations contained in numbered paragraphs 2 and 3 of the complaint.

3.      Defendants are without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraphs 4 and 5 of the complaint, and therefore deny same.  Defendants do not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4.      Defendants deny the allegations contained in numbered paragraphs 6 and 7, Count I of the complaint.

5.      Defendants deny any allegations or implications of negligence in numbered paragraphs 8 and 9 (subparagraphs a, b, c, and d), Count I of the complaint.  Defendants are without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs as to the cause, nature, extent and duration of Plaintiff's claimed injuries and damages, and therefore deny same.  Defendants do not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

6.      Defendants deny any allegations or implications of negligence or statutory violations in numbered paragraphs 9 (the second numbered paragraph 9),10 and 11, Count II of the complaint.  Defendants are without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs, and therefore deny same. Defendants do not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

## FOURTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of Plaintiff, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## FIFTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, not named or identified in the complaint, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## SIXTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendants rely upon same as a complete or partial bar to Plaintiff's complaint.

## SEVENTH DEFENSE

Defendants affirmatively state that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about by an intervening and superseding cause of which Defendants had no control, Defendants rely upon same as a complete bar to Plaintiff's complaint.

Filed   22-CI-00639   01/17/2023   Krissie Coe Fields, Barren Circuit Clerk

## EIGHTH DEFENSE

Defendants affirmatively rely upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et. seq.*) as complete bars to those relevant portions of Plaintiff's complaint.

## NINTH DEFENSE

Defendants affirmatively state that to the extent that Plaintiff's medical expenses and lost wages have been paid or are payable by Plaintiff's basic reparations carrier, the cause of action for recovery of such damages belongs to said carrier, and Defendants rely upon same as a complete bar to those portions of Plaintiff's claim.

## TENTH DEFENSE

Defendants affirmatively state that to the extent that Plaintiff has failed to mitigate his damages, Defendants rely upon same as a complete bar to those portions of Plaintiff's claim caused by such failure.

## ELEVENTH DEFENSE

Defendants affirmatively rely upon all available defenses permitted pursuant to Kentucky Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiff's claim.

WHEREFORE, Defendants, Harvest L. Beacham and Central Transport LLC, move for a dismissal of the complaint against them, for their costs incurred herein, and for any and all other relief to which they may appear entitled.

Filed   22-CI-00639   01/17/2023   Krissie Coe Fields, Barren Circuit Clerk

4867-1385-9912, v. 1

54D04452-6B37-4A30-8D8A-8371270D01A2 : 000004 of 000009

ANS : 000004 of 000005

Filed                22-CI-00639        01/17/2023            Krissie Coe Fields, Barren Circuit Clerk

                              Respectfully submitted,

                              DANIEL E. MURNER   (No. 82715)
                              ELIZABETH WINCHELL   (No. 92088)
                              LACEY FIORELLA   (No. 92006)
                              ESTEE ROSE   (No. 99038)
                              ZONYA MYERS   (No. 100060)
                              LANDRUM & SHOUSE LLP
                              P. O. Box 951
                              Lexington, KY 40588-0951
                              Telephone:  (859) 255-2424

                    BY:   /s/Daniel E. Murner
                              COUNSEL FOR DEFENDANTS,
                              HARVEST L. BEACHAM AND
                              CENTRAL TRANSPORT LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of January, 2023, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

| | |
|---|---|
| Daniel E. Murner | (dmurner@landrumshouse.com) |
| Elizabeth Winchell | (ewinchell@landrumshouse.com) |
| Lacey Fiorella | (lfiorella@landrumshouse.com) |
| Estee Rose | (erose@landrumshouse.com) |
| Zonya Myers | (zmyers@landrumshouse.com) |

*Counsel for Defendants,
Harvest L. Beacham and
Central Transport LLC*

Caleb T. Hanes            (chanes@forthepeople.com)
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
*Counsel for Plaintiff*

                    BY:   /s/Daniel E. Murner
                              COUNSEL FOR DEFENDANTS,
                              HARVEST L. BEACHAM AND
                              CENTRAL TRANSPORT LLC

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
DIVISION NO. ___
CIVIL ACTION NO. 22-CI-00639

ANTHONY D. OLIPHANT                                              PLAINTIFF

v.          **NOTICE OF ELECTION OF ELECTRONIC SERVICE**
*Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC                                DEFENDANTS

\* \* \* \* \*

Come the Defendants, Harvest L. Beacham and Central Transport LLC, by counsel, and pursuant to CR 5.02(2), elect to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorneys agree to accept service are listed below. Please include all e-mail addresses below to assure receipt of service.

    dmurner@landrumshouse.com
    ewinchell@landrumshouse.com
    lfiorella@landrumshouse.com
    erose@landrumshouse.com
    zmyers@landrumshouse.com
    cames@landrumshouse.com
    tbarkley@landrumshouse.com

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

                          Respectfully submitted,

                          DANIEL E. MURNER    (No. 82715)
                          ELIZABETH WINCHELL    (No. 92088)
                          LACEY FIORELLA    (No. 92006)
                          ESTEE ROSE    (No. 99038)
                          ZONYA MYERS    (No. 100060)
                          LANDRUM & SHOUSE LLP
                          P. O. Box 951
                          Lexington, KY 40588-0951
                          Telephone: (859) 255-2424

BY:    /s/Daniel E. Murner
        COUNSEL FOR DEFENDANTS,
        HARVEST L. BEACHAM AND
        CENTRAL TRANSPORT LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of January, 2023, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

| | |
|---|---|
| Daniel E. Murner | (dmurner@landrumshouse.com) |
| Elizabeth Winchell | (ewinchell@landrumshouse.com) |
| Lacey Fiorella | (lfiorella@landrumshouse.com) |
| Estee Rose | (erose@landrumshouse.com) |
| Zonya Myers | (zmyers@landrumshouse.com) |

*Counsel for Defendants,
Harvest L. Beacham and
Central Transport LLC*

Caleb T. Hanes    (chanes@forthepeople.com)
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
*Counsel for Plaintiff*

                        BY:    /s/Daniel E. Murner
                                COUNSEL FOR DEFENDANTS,
                                HARVEST L. BEACHAM AND
                                CENTRAL TRANSPORT LLC

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 22-CI-00639

ANTHONY D. OLIPHANT                                                                PLAINTIFF

v.                    **NOTICE OF SERVICE OF DISCOVERY**
                           *Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC                                                          DEFENDANTS

\* \* \* \* \*

Defendant, Central Transport LLC, hereby gives notice of service of interrogatories and requests for production of documents to Plaintiff, Anthony D. Oliphant, under CR 33 and CR 34 on January 17, 2023.

    Respectfully submitted,

    DANIEL E. MURNER    (No. 82715)
    ELIZABETH WINCHELL   (No. 92088)
    LACEY FIORELLA      (No. 92006)
    ESTEE ROSE          (No. 99038)
    ZONYA MYERS        (No. 100060)
    LANDRUM & SHOUSE LLP
    P. O. Box 951
    Lexington, KY  40588-0951
    Telephone:  (859) 255-2424

BY:   /s/Daniel E. Murner
    COUNSEL FOR DEFENDANTS,
    HARVEST L. BEACHAM AND
    CENTRAL TRANSPORT LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on the 17th day of January, 2023, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner     (dmurner@landrumshouse.com)
Elizabeth Winchell     (ewinchell@landrumshouse.com)
Lacey Fiorella     (lfiorella@landrumshouse.com)
Estee Rose     (erose@landrumshouse.com)
Zonya Myers     (zmyers@landrumshouse.com)
*Counsel for Defendants,*
*Harvest L. Beacham and*
*Central Transport LLC*

Caleb T. Hanes     (chanes@forthepeople.com)
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*

            BY:  /s/Daniel E. Murner
               COUNSEL FOR DEFENDANTS,
               HARVEST L. BEACHAM AND
               CENTRAL TRANSPORT LLC

4862-6192-3912, v. 1

Filed                    22-CI-00639    01/17/2023              Krissie Coe Fields, Barren Circuit Clerk

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
DIVISION I
CIVIL ACTION NO.: 22-CI-00639

ANTHONY D. OLIPHANT                                                                                           PLAINTIFF

v.                                            **NOTICE OF SERVICE**

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC                                                                                      DEFENDANTS

\* \* \* \* \*

Comes Plaintiff, Anthony D. Oliphant, by and through counsel, and gives notice that he has propounded Interrogatories and Requests for Production of Documents to the Defendant, Harvest L. Beacham and Defendant, Central Transport LLC, herein on this the 17th day of January 2023.

Respectfully Submitted,

*/s/ Caleb T. Hanes*
Caleb T. Hanes
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone:  270-418-4206
Facsimile: 270-418-4948
Email: chanes@forthepeople.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was filed via ECF/CM and served electronically, this the 17th day of January 2023 to:

Daniel E. Murner
Elizabeth Winchell
Lacey Fiorella
Estee Rose
Zonya Myers

1

Filed                    22-CI-00639    01/17/2023              Krissie Coe Fields, Barren Circuit Clerk

Landrum & Shouse LLP
P. O. Box 951
Lexington, KY 40588-0951
dmurner@landrumshouse.com
ewinchell@landrumshouse.com
lfiorella@landrumshouse.com
erose@landrumshouse.com
zmyers@landrumshouse.com
*Counsel for Defendants,*
*Harvest L. Beacham and*
*Central Transport, LLC*

                                             /s/ Caleb T. Hanes
                                             *Counsel for Plaintiff*

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 22-CI-00639

ANTHONY D. OLIPHANT	PLAINTIFF

v.	NOTICE TO CIRCUIT COURT OF FILING OF
	NOTICE OF REMOVAL
	*Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC	DEFENDANTS

\* \* \* \* \*

You are hereby notified of the filing on this 18th day of January, 2023, of a notice of removal in the United States District Court for the Western District of Kentucky, Bowling Green Division, of the case styled *Anthony D. Oliphant v. Harvest L. Beacham and Central Transport LLC,* bearing Civil Action Number 22-CI-00639, all in accordance with provisions of 28 USC § 1446. Copies of said notice of removal were filed and served herewith.

	Respectfully submitted,

	DANIEL E. MURNER	(No. 82715)
	ELIZABETH WINCHELL	(No. 92088)
	LACEY FIORELLA	(No. 92006)
	ESTEE ROSE	(No. 99038)
	ZONYA MYERS	(No. 100060)
	LANDRUM & SHOUSE LLP
	P. O. Box 951
	Lexington, KY  40588-0951
	Telephone:  (859) 255-2424

	BY:	/s/Daniel E. Murner
		COUNSEL FOR DEFENDANTS,
		HARVEST L. BEACHAM AND
		CENTRAL TRANSPORT LLC

4867-1844-8200, v. 1	1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th day of January, 2023, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner      (dmurner@landrumshouse.com)
Elizabeth Winchell     (ewinchell@landrumshouse.com)
Lacey Fiorella       (lfiorella@landrumshouse.com)
Estee Rose        (erose@landrumshouse.com)
Zonya Myers       (zmyers@landrumshouse.com)
*Counsel for Defendants,*
*Harvest L. Beacham and*
*Central Transport LLC*

Caleb T. Hanes      (chanes@forthepeople.com)
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*

             BY:  /s/Daniel E. Murner
                 COUNSEL FOR DEFENDANTS,
                 HARVEST L. BEACHAM AND
                 CENTRAL TRANSPORT LLC