UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-cv-00008-GNS-HBB

ANTHONY D. OLIPHANT                                                                                     PLAINTIFF

VS.        <u>JOINT MOTION FOR ENTRY OF STIPULATION OF DISMISSAL
AND AGREED ORDER OF DISMISSAL</u>
***Electronically Filed***

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC                                                                          DEFENDANTS

*******

Come the parties, by counsel, and respectfully move this Court for entry of the attached stipulation of dismissal and agreed order of dismissal. As grounds for this motion, the parties advise the Court that they have amicably settled their differences, and the Court may dismiss all claims from its docket as settled.


HAVE SEEN AND AGREED TO BY:

<u>/s/Daniel E. Murner</u>
Daniel E. Murner
LANDRUM & SHOUSE LLP
P.O. Box 951
Lexington, KY 40588-0951
*Counsel For Defendants*


<u>/s/Caleb T. Hanes (w/permission)</u>
Caleb T. Hanes
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
*Counsel for Plaintiff*

4868-6946-0048, v. 1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2023, the foregoing was filed through CM/ECF system, and was sent by mail to:

Caleb T. Hanes           ([chanes@forthepeople.com](chanes@forthepeople.com))
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*Counsel for Plaintiff*

                                                  BY:   /s/Daniel E. Murner
                                                        COUNSEL FOR DEFENDANTS