UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-cv-00008-GNS-HBB

ANTHONY D. OLIPHANT     PLAINTIFF

VS.     <u>ORDER OF DISMISSAL WITH PREJUDICE</u>
*Electronically Filed*

HARVEST L. BEACHAM and
CENTRAL TRANSPORT LLC     DEFENDANTS

\* \* \* \* \*

The parties having filed a Joint Motion for Entry of Stipulation of Dismissal and Agreed Order of Dismissal, (Doc. No. 14), together with a proposed Stipulation of Dismissal and Agreed Order of Dismissal, and the Court being otherwise advised,

IT IS HEREBY ORDERED as follows:

1.     The parties' joint motion (Doc. No. 14) is GRANTED.

2.     This action is DISMISSED, with prejudice, as settled, and STRICKEN from the Court's docket.

3.     The parties shall bear their respective costs and expenses.

So ordered this:    March 6, 2023

*[signature]*
Greg N. Stivers, Chief Judge
United States District Court

4866-3916-6544, v. 1